*30*

SK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA FILED IN OPEN COURT
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. *18-00146-CG* |
| | * | USAO NO. 18R00140 CHARLES R. DIARD, JR. |
| v. | * | MAG. NO. 18-0058-N      CLERK |
| | * | |
| CHRISTOPHER SCOTT CAREY | * | VIOLATION:  18 USC § 875(c) |

MAY 31 2018

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 12, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### CHRISTOPHER SCOTT CAREY

knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another.  Specifically, **CAREY** posted threatening communications on a Facebook group page read by other persons regarding the Hangout Music Fest in Gulf Shores, Alabama, stating:

- "I'm bringing an AR 15 so it should be good inside"

- "Extended magazines bro ☺ hope everyone's ready for the fireworks [explosions emoji]"

- "But what if it's for real.  Got to get that warning out there"

   In violation of Title 18, United States Code, Section 875(c).

1

A TRUE BILL


_____

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA


RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

_____
SINAN KALAYOGLU
Assistant United States Attorney

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division

GEORGE F. MAY

MAY 2018

2